1184

No. 10–7433. GASTELLO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–7439. ROGERS v. HOREL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7442. KNOD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–7444. SUBH v. WAL-MART STORES EAST, L. P. C. A. 3d Cir. Certiorari denied.

No. 10–7445. WATSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7451. SHEPHARD v. CBS PRESIDENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–7455. SWOPES v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 10–7457. ARMSTRONG v. SMEAL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7459. BALL v. STATE CORRECTIONAL INSTITUTION AT MUNCY ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7460. PIGNATARO v. LEMPKE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–7461. BRIGHT v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7465. WILLIAMS v. HAGAN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–7468. KOROLEV v. DICKINSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7469. MALDONADO v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.